JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-197 RSL |
| Plaintiff, | ) | |
| vs. | ) ) ) | ORDER GRANTING DEFENDANT WESLEY WILLIAMS'S UNOPPOSED MOTION FOR TRANSPORTATION EXPENSES |
| WESLEY WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the unopposed motion of the defendant, Wesley Williams, the files and records herein, makes the following findings of fact:

1. The defendant is scheduled to enter a guilty plea on January 16, 2014 at 11:30 a.m. He resides in San Fernando, California, and is financially unable to pay for transportation expenses to attend the plea hearing; and,

2. The interests of justice would be served by the provision of transportation by the government as authorized by 18 U.S.C. § 4285.

IT IS THEREFORE ORDERED that Defendant Wesley Williams's unopposed motion

ORDER GRANTING DEFENDANT
WESLEY WILLIAMS'S UNOPPOSED MOTION
FOR TRANSPORTATION EXPENSES  - 1
(Wesley Williams; CR13-197RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

is GRANTED, and the United States Marshal is hereby directed to provide Defendant Wesley Williams with the funds necessary for the non-custodial transportation from his home in California, to the Western District of Washington, including round trip air fare plus necessary subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a), to enable him to attend his plea hearing on January 16, 2014.

DONE this 8th day of January, 2014.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Jennifer E. Wellman*
Jennifer E. Wellman
WSBA No. 29193
Assistant Federal Public Defender
Attorney for Wesley Williams

ORDER GRANTING DEFENDANT
WESLEY WILLIAMS'S UNOPPOSED MOTION
FOR TRANSPORTATION EXPENSES   - 2
(Wesley Williams; CR13-197RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**